# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

November 30th, 2017

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007

      **Re:**    Ramirez, et al. v. Moon House Chinese Restaurant Inc., et al.
             17-cv-1743 (KPF)

Your Honor:

      This office represents Plaintiffs Wilfred Ramirez and Gilmar Ramirez ("Plaintiffs"). The parties respectfully submit a fully executed copy of an amended settlement agreement in this matter accommodating the concerns raised by this Court at the November 9th, 2017 fairness hearing.

The parties defer to the Court's further instruction, if any.

                                        Respectfully Submitted,

                                        /s/ Colin Mulholland, Esq.
                                        Michael Faillace, Esq.
                                        Michael Faillace & Associates, P.C.
                                        *Attorneys for Plaintiff*

cc:    Defendants' Counsel (via ECF)